Official Form 6F (10/06)

In re **Timothy Prahm,**  
    **Julie Prahm**  
                                                    , Debtors

Case No. **07-22508**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ****1091 <br><br> Amex ****1091 <br> P.O. Box 297871 <br> Fort Lauderdale, FL 33329 | | J | 10/2002 | | | | 613.00 |
| Account No. ****5463 <br><br> AMEX ****5463 <br> PO Box 297812 <br> Fort Lauderdale, FL 33329 | | J | 11/1987 | | | | 17,812.00 |
| Account No. ****9635* <br><br> Bank of America ****9635* <br> PO Box 1390 <br> Norfolk, VA 23501 | | J | 07/2001 | | | | 2,334.00 |
| Account No. ****9817* <br><br> Bank of America ****9817* <br> PO Box 1390 <br> Norfolk, VA 23501 | | J | 04/2005 | | | | 5,271.00 |

__3__ continuation sheets attached

Subtotal (Total of this page)  **26,030.00**

Official Form 6F (10/06) - Cont.

In re **Timothy Prahm,**
    **Julie Prahm**
                                                                                                  Case No.  **07-22508**
                                                                       Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ****9966*<br><br>**Bank of America ****9966*<br>PO Box 1390<br>Norfolk, VA 23501** | | J | 07/2004 | | | | 4,084.00 |
| Account No. 6882****<br><br>**Bank of America 6882****<br>4161 PIEDMONT PARKWAY<br>Greensboro, NC 27410** | | J | 07/2004 | | | | 126.00 |
| Account No. 5491****<br><br>**CHASE<br>800 Brooksedge Blvd<br>Westerville, OH 43081** | | J | 12/2000 | | | | 9,835.00 |
| Account No. 6326****<br><br>**HSBC/GUITR<br>PO Box 17123<br>Wilmington, DE 19850** | | J | 04/2005 | | | | 445.00 |
| Account No.<br><br>**John Chibbaro DDS<br>333 OLD HOOK RD STE 100<br>Westwood, NJ 07675** | | J | | | | X | 295.00 |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **14,785.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Case 07-22508-MS    Doc 44    Filed 06/26/08    Entered 06/26/08 11:04:05    Desc Main
Document    Page 3 of 4

Official Form 6F (10/06) - Cont.

In re **Timothy Prahm,**
**Julie Prahm**
_____,
Debtors

Case No. **07-22508**

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0420****<br><br>**Kohls/Chase**<br>**N56 W 17000 Ridgewood Drive**<br>**Menomonee Falls, WI 53051** | | J | 05/2005 | | | | 412.00 |
| Account No. **7792****<br><br>**North Jersey Federal CU**<br>**530 Route 46 East**<br>**Totowa, NJ 07511** | | J | 12/2003 | | | | 5,829.00 |
| Account No. **9572****<br><br>**Sallie Mae Servicing**<br>**1002 Arthur Drive**<br>**Lynn Haven, FL 32444** | | J | 11/2005 | | | | 3,285.00 |
| Account No.<br><br>**Universal Account Servicing**<br>**PO Box 147**<br>**Saint Joseph, MO 64502** | | J | | | | | 2,178.00 |
| Account No. ****5034*<br><br>**Washington Mutual ****5034***<br>**PO Box 660509**<br>**Dallas, TX 75266** | | J | 01/2005 | | | | 10,944.00 |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **22,648.00**

Official Form 6F (10/06) - Cont.

In re **Timothy Prahm,**
**Julie Prahm**
_____,
Debtors

Case No. **07-22508**

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ****6502* <br><br>Washington Mutual ****6502* <br> P.O Box 660433 <br> Dallas, TX 75266 | | J | 03/2004 | | | | 4,329.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **4,329.00**

Total (Report on Summary of Schedules)  **67,792.00**