**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| TIMOTHY PRAHM<br>JULIE PRAHM, | Case No.:  07-22508 MS |
| Debtors | |

## NOTICE OF RESERVE ON CLAIM

Creditor:            WILLIAM P MUIRHEAD
Trustee Claim #:     21
Claimed Amount:      $3,820.00
Date Claim Filed:    03/18/2008

Please be advised that a reserve has been placed on the above named claim for the following reason:

■ Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.

Unless we receive the information needed or the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  March 09, 2010         By:  /S/  Marie-Ann Greenberg
                                    Chapter 13 Standing Trustee

WILLIAM P MUIRHEAD
325 TERRILL RD
FANWOOD, NJ  07023

SHMUEL KLEIN
113 CEDARHILL AVENUE
LAW OFFICE OF SHMUEL KLEIN PC
MAHWAH, NJ  07430

TIMOTHY PRAHM
JULIE PRAHM
1186 SYCAMORE LANE
MAHWAH, NJ  07430