# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re ___Timothy Prahm and Julie Prahm_____,    Case No. ___07-22508_____

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

| BAC Home Loan Servicing, LP | Countrywide Home Loans, Inc. Attn: Bankruptcy Department |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BAC Home Loan Servicing, LP
Bankruptcy Department
2380 Performance Drive
Mail Stop TX2-984-05-03
Richardson, TX 75082
Email: jennifer.r.schnaufer@bankofamerica.com
Phone: ___1-800-669-6607___
Last Four Digits of Acct #: ___1155___

Court Claim # (if known): ___1___
Amount of Claim: ___156776.66___
Date Claim Filed: ___09/21/2007___

Phone: ___503-223-5600___
Last Four Digits of Acct. #: ___1155___

Name and Address where transferee payments should be sent (if different from above):
BAC Home Loan Servicing, LP
Bankruptcy Department
7105 Corporate Drive
Mail Stop TX2-982-0303
Plano, TX 75024
Phone: ___800-669-6607___
Last Four Digits of Acct #: ___1155___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ James Cloud___    Date: ___6/28/2010___
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.